JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-02447-FLA (MAAx)<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AND DISMISS CIVIL ACTION [DKT. 11]** |

Having received and considered Plaintiff Matthew Dixon ("Plaintiff") and Defendant Northrop Grumman Systems Corporation's ("Northrop") Stipulation to Arbitrate Plaintiff's Claims and Dismiss Civil Action (the "Stipulation"), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall submit the claims asserted in the Complaint to final and binding arbitration before JAMS unless the Parties otherwise agree on a different arbitral forum.
2. The Parties shall comply with the terms of the Arbitration Program, which was attached as Exhibit A to the parties' Stipulation.
3. This action shall be dismissed in its entirety in favor of final binding arbitration, with the court retaining jurisdiction of the action to enforce, modify, or vacate any arbitration award.

IT IS SO ORDERED.

DATED: June 3, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge